H. L. SUDDUTH, *Plaintiff in Error,* v. ST. ANDREWS BAY COMMUNITY HOTEL CORPORATION, a Corporation, *Defendant in Error.*

En Banc.

Opinion filed January 28, 1930.

*Stokes, Phillips & Douglas,* and *James N. Daniel,* for Plaintiff in Error;

*J. M. Sapp,* for Defendant in Error.

Per Curiam.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein and brief and argument of counsel for the respective parties, we have examined the record and find that the questions raised are analogous to those raised in Bryan v. St. Andrews Bay Community Hotel Corporation, decided at this term, so the judgment of the lower court is affirmed on authority of that case.

Terrell, C. J., and Whitfield, Ellis, Strum, Brown and Buford, J. J., concur.